# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 16, 2023

SEAN F. McAVOY, CLERK

DOROTHY DIEDE,

*Plaintiff*

v.

DENIS RICHARD McDONOUGH, Secretary, Department of Veterans Affairs,

*Defendant*

Civil Action No.  2:20-CV-00456-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendant's Memo in Support of Motions to Dismiss and for Summary Judgment, ECF No. 26, is GRANTED.
Plaintiff's Objections to Defendant (Govt) Motion to Dismiss or for Summary Judgment and Cross-Motion for Summary Judgment in favor of Plaintiff, 30, is DENIED.
Judgement entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian  on Motions to Dismiss and Summary Judgment.

Date:  May 16, 2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*
Sara Gore